SHORTY CAMPBELL v. THE STATE.

No. 6279.   Decided May 11, 1921.

**Robbery—Escape—Practice on Appeal.**

Where it is made known to this court by affidavit of the sheriff, which accompanies the State's motion to dismiss, that defendant has escaped from custody and has failed to return within the time allowed by law, the appeal is dismissed.

Appeal from the District Court of Hunt.   Tried below before the Honorable A. P. Dohoney.

Appeal from a conviction of robbery; penalty, five years imprisonment in the penitentiary.

The opinion states the case.
No brief on file for appellant.

*R. H. Hamilton,* Assistant Attorney General, for the State.

MORROW, Presiding Judge.—Appellant was convicted of robbery; punishment fixed at confinement in the penitentiary for five years.

After perfecting the appeal, appellant, on the 5th day of March, 1921, escaped and since that time has been at large. This is made known by the affidavit of the Sheriff of Hunt County, which accompanies the State's motion to dismiss the appeal. The escape and failure to return to custody within the time allowed by law operates to defeat the jurisdiction of this court to pass on the merits of the case.

It is therefore ordered stricken from the docket.

*Dismissed.*